## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## HATTIESBURG DIVISION

RODNEY L. TAYLOR                                                    PLAINTIFF

VS                                         CIVIL ACTION NO. 2:09cv231 KS-MTP

HARTFORD CASUALTY INSURANCE COMPANY                    DEFENDANT


## ORDER GRANTING DEFENDANT HARTFORD CASUALTY INSURANCE COMPANY'S  REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

The Court has before it the motion of Defendant, Hartford Casualty Insurance Company, for an extension of time, through and including March 19, 2010, in which to serve its responses and any objections regarding the document requests served by the Plaintiff on February 3, 2010.  The Defendant has received no objection from Plaintiff pertaining to the requested extension.   After careful consideration, the Court finds that the Defendant's motion for an extension of time is well-taken and should be granted.

ACCORDINGLY, IT IS ORDERED:

That the motion of Defendant, Hartford Casualty Insurance Company, for additional time, through and including March 19, 2010, in which to serve its responses and any objections regarding the Plaintiff's interrogatories and document requests is hereby GRANTED.

This 4th day of March, 2010.

s/ Michael T. Parker
United States Magistrate Judge