IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

**RODNEY L. TAYLOR**                                                     **PLAINTIFF**

v.                                                               **No. 2:09cv231-KS-MTP**

**HARTFORD CASUALTY INSURANCE COMPANY**               **DEFENDANT**

## ORDER ON MOTION TO COMPEL

THIS MATTER is before the court on Plaintiff's motion [68] to compel production, and the court having considered the motion and response and further noting that the privilege log at issue has been provided, finds that the motion should be denied. The court further finds that the imposition of sanctions or an award of attorneys fees is unwarranted and the demand for same is also denied. If after a good faith conference the parties have remaining disputes as to specific documents listed in the privilege log, those disputes may be addressed by separate motion.

IT IS, THEREFORE, ORDERED AND ADJUDGED that plaintiff's motion [68] be, and hereby is, DENIED.

SO ORDERED this the 2nd day of July, 2010.

                                                s/ Michael T. Parker
                                              United States Magistrate Judge